State v. Boyette

STATE OF NORTH CAROLINA v. JOHN DAVID BOYETTE

No. 713SC662

(Filed 15 December 1971)

**Criminal Law § 155.5— dismissal of appeal**

Appeal is dismissed for failure to docket the record on appeal within the time allowed by the Rules of the Court of Appeals.

APPEAL by defendant from *Exum, Judge,* 19 April 1971 Session, PITT Superior Court.

By warrant proper in form defendant was charged with operating a motor vehicle upon a public highway while under the influence of intoxicating liquor. He was tried and convicted in district court, and from judgment imposed in that court, he appealed to superior court where he was found guilty by a jury. From judgment imposing prison sentence of 30 days, defendant appealed to this court.

*Attorney General Robert Morgan by Burley B. Mitchell, Jr., for the State.*

*Sasser, Duke and Brown by John A. Duke and J. Thomas Brown, Jr., for defendant appellant.*

BRITT, Judge.

The record on appeal in this case was docketed in the Court of Appeals on 20 August 1971, some 120 days after the judgment appealed from was entered on 20 April 1971. The case was not docketed within the time allowed by our rules and no extension of time was granted. For failure to comply with the rules, the appeal is dismissed. *State v. Motley,* 11 N.C. App. 209, 180 S.E. 2d 458 (1971); *State v. McDaniel,* 10 N.C. App. 743, 179 S.E. 2d 833 (1971).

Nevertheless, we have carefully reviewed the record on appeal and find no prejudicial error.

Appeal dismissed.

Judges BROCK and VAUGHN concur.